## AFFIDAVIT OF Thomas J. King

## SPECIAL AGENT

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Thomas J. King, being duly sworn, depose and state that:

### I. EXPERIENCE OF AFFIANT

I am a graduate of Buffalo State College, where I obtained a Bachelor of Science in criminal justice. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since February 14, 2001. Prior to that I was a Special Agent with the Immigration and Naturalization Service for five years, and an Inspector with the United States Customs Service for three years.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent, I am familiar with the Federal Firearms and Explosives laws. Through my experience I have investigated numerous cases involving 18 USC 922(g)(1), violations involving felons in possession of firearms, 18 USC 924(c), Use of a Firearm in Furtherance of a Violent Crime or a Crime Involving Drug Trafficking, and 21 USC 841 et seq, Controlled Substance violations.

### PURPOSE OF AFFIDAVIT

Based on the facts set forth in this affidavit, there is probable cause to believe that violations involving the distribution and possession, with intent to distribute controlled substances, in violation of 21 USC 841 et seq, felon in possession of a firearm, in violation of 18 USC 922(g)(1), and use of a firearm in furtherance of drug trafficking, in violation of 18 USC 922(c), have been committed by Kirk GRABLE.

### PROBABLE CAUSE:

1.  In May of 2021, I initiated an investigation into Kirk GRABLE AKA "Brooklyn", a convicted felon believed to be involved in drug trafficking. I was also able to confirm that GRABLE lived at 8610 Ange Street, Anchorage, AK.

2.  I reviewed GRABLE's criminal history in APSIN and confirmed he has a felony conviction for MISC/WEAPONS 3 - FELON IN POSSESSION, dated 02/28/1997, Docket #3AN-96-9487, in the State of Alaska; and a Federal

AUG 2 4 2021

conviction in the District of Alaska, for POSSESSION of a WEAPON, and CARRYING a PROHIBITED WEAPON, dated 07/13/2005

3. On June 9, 2021, acting in an undercover capacity, I made arrangements to meet GRABLE at his residence, 8610 Ange Street, Anchorage. In a previous phone call, I made it clear that the purpose of the meeting was because I wanted to purchase methamphetamine from GRABLE. Prior to arriving at GRABLE's residence, I activated a secreted audio/video recording device, and transmitting device. ATF Agents were on surveillance during this operation, and were able to monitor the transmitting device.

4. Almost immediately upon entering GRABLE's residence, I observed a small pistol on the kitchen table. I handled the firearm, and confirmed it was a legitimate firearm. I asked GRABLE if he wanted to sell it, but GRABLE confirmed he wanted to keep it. I placed the pistol back on the table, and negotiated a deal with GRABLE to purchase three ounces of methamphetamine for $1350. GRABLE had a backpack on the kitchen table, he removed a large quantity of methamphetamine, and from what I could observe, he weighed out the amount I requested, and then put the rest of his methamphetamine back in the backpack. GRABLE transferred three ounces of methamphetamine to me, and I paid GRABLE the $1350 we had agreed upon.

5. I asked GRABLE if he wanted to sell the firearm I had examined, but he stated that he wanted to keep it. GRABLE said to the effect that he had access to other firearms at another location, but gave me the impression that he didn't want to sell the firearm he had with him, because it was the only firearm he had immediate access to at that time.

Thomas J. King,
**Special Agent**
**BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES**

AUG 2 4 2021

2

SUBSCRIBED AND SWORN TO before me this 24 day of August , at Anchorage, Alaska.

Deborah M. Smith
United States Magistrate Judge