E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KIRK GRABLE,<br><br>　　　　Defendant. | No. 3:21-mj-00432-DMS<br><br>**Filed Ex Parte Under Seal** |

**MOTION TO SEAL COMPLAINT**

The United States asks the court to seal this case and any filed documents, including the complaint and supporting affidavit, the application, and this motion.

As detailed in the complaint, there is probable cause to believe that the defendant has committed serious and dangerous criminal offenses. The defendant also has a criminal history involving multiple prior firearms offenses. The defendant is, at present, unaware of the investigation in this case. Law enforcement has developed a plan intended to facilitate the defendant while minimizing the danger to him, the arresting officers, and the public.

Premature disclosure of the filing of charges could jeopardize this plan by alerting the defendant and allowing him to flee, destroy or conceal evidence, and/or violently resist apprehension. Accordingly, the United States asks that the court seal the case and all filings therein until the warrant can be served. Once the defendant has been taken into custody, the United States will promptly move to unseal.

RESPECTFULLY SUBMITTED August 24, 2021 at Anchorage, Alaska.

                                          E. BRYAN WILSON
                                          Acting United States Attorney

                                          /s James Klugman
                                          JAMES KLUGMAN
                                          Assistant United States Attorney
                                          United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 3:21-mj-00432-DMS |
| KIRK GRABLE, | |
| Defendant. | |

**[PROPOSED] AS ORDER**

Upon review of the government's motion to seal, the court finds that the legitimate law enforcement interests in maintaining the secrecy of these pending criminal charges outweigh the temporary impairment of the public's right of access to court records. Accordingly, the court is directed to maintain this case and all filings under seal until until further order, except that one copy of the arrest warrant and complaint are to be provided to the case agent. The government is directed to move to unseal the case as soon as the need for secrecy has passed.

IT IS SO ORDERED.

DATED _Aug. 24, 2021_ at Anchorage, Alaska.

_Deborah Smith_
THE HON. DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE